IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00363-RPM

SUE GANNETT,

      Plaintiff,

v.

POUDRE SCHOOL DISTRICT R-1,
HAYDEN CAMP, and
CHUCK DeWAYNE,

      Defendants.

---

ORDER TO COMPLY WITH D.C.COLO.LCivR 7.2

---

The Court has signed a Protective Order for the confidentiality of certain information in this case. The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings. It is

ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be submitted under restriction based on the Protective Order.

Dated: February 21st, 2012

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge