IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00363-RPM

SUE GANNETT,

      Plaintiff,

v.

POUDRE SCHOOL DISTRICT R-1,
HAYDEN CAMP, and
CHUCK DeWAYNE,

      Defendants.

_____

ORDER AMENDING SCHEDULING ORDER
_____

      Upon review of the Second Joint Motion to Amend Scheduling Order [21], it is

ORDERED that the motion is granted.  The discovery cutoff date is extended to and

including April 16, 2012, as to depositions only; discovery responses shall be submitted by

March 5, 2012; and the dispositive motion deadline is extended to and including May 1, 2012.

      Dated:  February 29th, 2012

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge