IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00363-RPM

SUE GANNETT,

    Plaintiff,

v.

POUDRE SCHOOL DISTRICT R-1,
HAYDEN CAMP, and
CHUCK DeWAYNE,

    Defendants.

___

### ORDER PERMITTING CORRECTED RESPONSE AND EXTENDING DEADLINES
___

After review of the Unopposed Motion to File Corrected Response to Defendants' Motion for Summary Judgment and for One Day's Extension of Time, filed July 3, 2012 [33], it is

ORDERED that the motion is granted and plaintiff's corrected response [34] filed contemporaneously is accepted. It is

FURTHER ORDERED that defendants' reply due date is extended one day.

Dated: July 5th, 2012

                BY THE COURT:

                s/ Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge