IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00363-RPM

SUE GANNETT,

      Plaintiffs,

v.

POUDRE SCHOOL DISTRICT R-1,
HAYDEN CAMP, in his individual capacity, and
CHUCK DeWAYNE, in his individual capacity,

      Defendants.

_____

## JUDGMENT

_____

      Pursuant to the Order on Summary Judgment entered by Senior Judge Richard P. Matsch

on November 28, 2012, it is

      ORDERED AND ADJUDGED that the third, fourth, fifth, and sixth claims for relief are

dismissed, and Hayden Camp and Chuck DeWayne are dismissed as defendants in this civil

action.  It is

      FURTHER ORDERED AND ADJUDGED that the District's motion for summary

judgment is denied as to the first and second claims for relief.

      Dated: November 28, 2012

                             FOR THE COURT:

                             JEFFREY P. COLWELL, Clerk

                                 s/M. V. Wentz

                       By_____

                                  Deputy