IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00363-RPM

SUE GANNETT,

     Plaintiff,

v.

POUDRE SCHOOL DISTRICT R-1,

     Defendant.

_____

ORDER FOR DISMISSAL
_____

     Upon review of plaintiff's unopposed motion to dismiss [53] filed September 27, 2013, it is

     ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

     DATED: September 30th, 2013

                                   BY THE COURT:

                                   s/Richard P. Matsch

                                   _____
                                   Richard P. Matsch, Senior District Judge