IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00363-RPM

SUE GANNETT,

      Plaintiff,

v.

POUDRE SCHOOL DISTRICT R-1,

      Defendant.

_____

ORDER FOR DISMISSAL
_____

      Upon review of plaintiff's unopposed motion to dismiss [53] filed September 27, 2013, it is

      ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

      DATED: September 30th, 2013

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge